**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 21-1701

JAMAL A. AZEEZ,

       Plaintiff - Appellant,

    v.

POLICE OFFICER CEDRIC ROBERTSON; BRUCE LAZENBY; KRISTEN KELLER,

       Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:20-cv-00384)

Submitted:  April 14, 2022                 Decided:  April 27, 2022

Before THACKER, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamal A. Azeez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Jamal A. Azeez appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Azeez's motion to supplement his informal brief and affirm for the reasons stated by the district court. *Azeez v. Robertson*, No. 5:20-cv-00384 (S.D.W. Va. June 1, 2021). We deny Azeez's motion to review and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
